# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BIANCA M. McMURRAY, *et al.*, ) | |
| Plaintiff(s), ) | 2:07-CV-1188-RLH-LRL |
| vs. ) | **O R D E R** |
| LAS VEGAS METROPOLITAN POLICE ) DEPARTMENT, ) | |
| Defendant(s). ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#20, filed December 20, 2007), entered by the Honorable Lawrence R. Leavitt, regarding Plaintiffs' failure to participate in the proceedings and noncompliance with the Court's Orders. No objection was filed to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

/ / / /

/ / / /

/ / / /

1

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#20, entered December 20, 2007) is AFFIRMED, ACCEPTED and ADOPTED and the
3 complaint is dismissed with prejudice.
4    Dated: January 17, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**